UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**
**Aliucha Perez Armenteros**                                    Case No. 20-20692-RAM
                                                                Chapter 7
_____**Debtor /**_____

**TRUSTEE'S NOTICE OF ABANDONMENT**

MARCIA T. DUNN, Trustee, the duly appointed and acting Trustee for the above captioned estate, pursuant to Bankruptcy Rule 6007, reports that she intends to abandon the following personal property of the estate:

- **2016 Hyundai Sonata**

There does not appear to be any equity in said property and said property constitutes an administrative burden to this estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment must be filed with the Clerk of the Bankruptcy Court, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy sent to the Trustee.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of December 2020 to all parties on the attached service list.

      /s/ Marcia T. Dunn
      Marcia T. Dunn, Trustee
      66 West Flagler Street
      Suite 400
      Miami, FL 33130
      Telephone: (786) 433-3866
      mdunn@dunnlawpa.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-20692-RAM<br>Southern District of Florida<br>Miami<br>Mon Dec 28 20:42:55 EST 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ameris Bank<br>PO Box 105690<br>Atlanta, GA 30348-5690 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 |
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Department of Education/582/Nelnet<br>Attn: Bankruptcy<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCSB3E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 |
| Francisco Dieguez Jr. MDPA<br>PO Box 144920<br>Coral Gables, FL 33114-4920 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palmetto General Hospital<br>PO Box 741185<br>Atlanta, GA 30374-1185 |
| Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Uscc<br>3211 Fourth Street Ne<br>Washington, DC 20017-1104 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wellsfargo<br>P.o. Box 94435<br>Albuquerque, NM 87199-4435 |
| Aliucha Perez Armenteros<br>485 E 44th Street<br>Hialeah, FL 33013-1857 | Marcia T Dunn<br>66 West Flagler Street, Ste 400<br>Miami, FL 33130-1807 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27